# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASIKLAL PAREKH, an individual; PRAVIN PAREKH, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HOUSE OF SPICES (INDIA), INC., a New York corporation; GORDHANDAS L. "G.L." SONI, an individual; NEIL SONI, an individual; and DOES 1-10, inclusive<br><br>　　　　Defendants. | CASE NO: 8:16-cv-00804-AG (PLAx)<br><br>[Honorable Andrew J. Guilford, Courtroom 10D]<br><br>**ORDER ENDING COURT'S JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AND DISMISSING CASE WITH PREJUDICE** |

## ORDER

The Court, having considered the parties' joint stipulation, and finding good cause therefor, hereby ORDERS that the above-captioned case shall be hereby dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1) as to all Parties.

DATED: October 21, 2019　　　　By: _____
　　　　　　　　　　　　　　　　　　　Hon. Andrew Guilford

**STIPULATION RE FULL SETTLEMENT COMPLIANCE**